LOUISE WINGROVE, Respondent, v. LOUIS A. WAGNER, as Administrator of HENRY GEBHARD, Deceased, Appellant.

*Wingrove* v. *Wagner*, 31 App. Div. 630, affirmed.
(Argued April 6, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Joseph A. Arnold* for appellant.

*Louis Wertheimer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

NATHAN VOSSELLER, Appellant, v. BRIDGET SLATER et al., Respondents.

*Vosseller* v. *Slater*, 25 App. Div. 368, affirmed.
(Submitted April 6, 1900; decided May 15, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 15, 1898, reversing a judgment in favor of plaintiff entered upon a decision of the Erie County Court, and granting a new trial.

*Ticknor & Pierce* for appellant.

*Adolph Rebadow* for respondents.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.